# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| 1520 SWIFT, LC<br>201 East 16th Avenue<br>North Kansas City, MO 64116<br><br>    Plaintiff,<br><br>v.<br><br>BMMTECH CANADA CORPORATION<br>2235 Sheppard Avenue East, Suite 1701<br>Toronto, Ontario  M2J 5B5<br>Canada<br><br>    Defendant. | Case No. _____ |

## PLAINTIFF 1520 SWIFT, LC CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure, Rule 7.1 and Local Rule 7.1, 1520 Swift, LC, states that it has no parent company, subsidiary, or affiliate that has issued any shares to the public.

        Respectfully submitted,

       By */s/ Jason R. Scheiderer*
        Jason R. Scheiderer  MBN 53091
        Dentons US LLP
        4520 Main Street, Suite 1100
        Kansas City, Missouri  64111
        (816) 460-2400
        (816) 531-7545 (fax)
        jason.scheiderer@dentons.com

        Attorneys for Plaintiff